IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| MIKE RECORDS, | ) | |
| | ) | |
| Petitioner, | ) | Case No. CV   06-158-S-MHW |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| MICHAEL J. ASTRUE,* | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Respondent. | ) | |

The Court having before it the parties' Stipulation (Docket No. 16) and being fully advised in the premises,

HEREBY ORDERS that the Stipulation is granted.



DATED: August 23, 2007

_____
Honorable Mikel H. Williams
Chief United States Magistrate Judge

---

* Michael J. Astrue is substituted for his predecessor Jo Anne B. Barnhart as Commissioner of the Social Security Administration.  Fed. R. Civ. P. 25(d).